

FILED
NOV 09 2018
Clerk, U.S District Court
District Of Montana
Missoula

# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>The cellular telephone number 406-916-9444 | MJ 18-63-M-JCL<br><br>ORDER |

Upon motion of the United States and for good cause shown, this case and all pleadings in it, including the Application and Affidavit for Search Warrant and Search Warrant, are SEALED.

Further, this matter may be unsealed for the limited purposes of providing all documents to defense counsel in discovery, upon initial appearance on an indictment of any defendant related to this search warrant and service/receipt of defense counsel's discovery request, pursuant to Rule 16 of the Federal Rules of Criminal Procedure.

DATED this 9th day of November, 2018.

_____
Jeremiah C. Lynch
United States Magistrate Judge